

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2022

No. 04-22-00585-CR

Doug **CORONADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2107139
Honorable Russell Wilson, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time is hereby GRANTED. The appellant's brief is due on or before January 9, 2023. Further requests for extension of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court